Argued April 7—decided April 7, 1970

George Raffia et al. *v.* The Town of Enfield

The motion by the plaintiffs to set aside the judgment in the appeal from the Court of Common Pleas in Hartford County is denied. The clerk of the court should have complied with the provisions of Practice Book § 616.

*Thomas P. Arvantely,* for the appellants (plaintiffs).

*John D. Adams,* for the appellee (defendant).

Argued April 7—decided April 7, 1970